UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-17-0091-RHW |
|---|---|
| Plaintiff, | |
| v. | **ORDER STRIKING TRIAL AND STAYING MATTER** |
| LUIS ALFONSO CORRALES ELIAS, | |
| Defendant. | |

On February 5, 2018, the Court granted Defendant Luis Alfonso Corrales Elias' Motion to Suppress. ECF No. 56. On February 21, 2018, the Government filed a Notice of Appeal for an interlocutory appeal of this order. ECF No. 60. Because this appeal must be resolved before trial, the Court finds good cause to strike the current trial date of February 27, 2018, and stay this matter pending resolution of the Government's appeal.

**Accordingly, IT IS HEREBY ORDERED:**

1. The trial scheduled for **February 27, 2018**, is **STRICKEN**.
2. This matter is **STAYED** pending resolution of the interlocutory appeal of the Court's order at ECF No. 56.
3. All time from the trial date of **February 27, 2018**, to the new trial date is **EXCLUDED** for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 23rd day of February, 2018.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER STRIKING TRIAL AND STAYING MATTER** * 1